**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CLARENCE L. ROBERTS and<br>ARKYLA MILLER,<br><br>    Plaintiffs,<br><br>v.<br><br>PRIME INSURANCE COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION No. 1:23-00241-KD-MU<br>)<br>)<br>)<br>) |

**JUDGMENT**

This action is before the Court on the Notice of Acceptance of Offer of Judgment, (Doc. 87), filed by Plaintiffs Clarence L. Roberts and Arkyla Miller. Based on the acceptance of Defendants' Rule 68 Offers of Judgment, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Plaintiffs and against **Defendant Prime Insurance Company**, in the amount of **$15,000** inclusive of costs accrued; against **Defendant Southern Trace Underwriters Inc.**, in the amount of **$5,000** inclusive of costs accrued; and against **Defendant Southern Insurance Specialists, Inc.**, in the amount of **$15,000** inclusive of costs accrued.

    **DONE** and **ORDERED** this **10th** day of **September 2024**.

               /s/ Kristi K. DuBose
               **KRISTI K. DuBOSE**
               **UNITED STATES DISTRICT JUDGE**